UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGSWORTH, | No. 2:12-cv-01579-MCE-CMK |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| LOWE'S HIW, INC. and ROYCE McGRAW, | |
| Defendants. / | |
| MIGUEL AVILA, | No. 2:13-cv-01081-WBS-CMK |
| Plaintiff, | |
| v. | |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., | |
| Defendant. / | |
| ANTHONY GEORGE, | No. 2:13-cv-01082-TLN-CMK |
| Plaintiff, | |
| v. | |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., | |
| Defendant. / | |

1

1    The Court has received the Notice of Related Case filed on
2 June 3, 2013.
3    Examination of the above-entitled civil actions reveals that
4 these actions are related within the meaning of Local Rule 123(a)
5 (E.D. Cal. 1997).  The actions involve many of the same
6 defendants and are based on the same or similar claims, the same
7 property transaction or event, similar questions of fact and the
8 same questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13    The parties should be aware that relating the cases under
14 Local Rule 123 merely has the result that all three actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19    IT IS THEREFORE ORDERED that the actions denominated 2:13-
20 cv-01081-WBS-CMK, Miguel Avila v. Lowe's Home Improvement
21 Warehouse, Inc. and 2:13-cv-01082-TLN-CMK, Anthony George v.
22 Lowe's Home Improvement Warehouse, Inc. are reassigned to Chief
23 Judge Morrison C. England, Jr. for all further proceedings, and
24 any dates currently set in these reassigned cases only are hereby
25 VACATED.  The Clerk of the Court is to issue an Order Requiring
26 Joint Status Report.  Henceforth, the caption on documents filed
27 in the reassigned cases shall be shown as 2:13-cv-01081-MCE-CMK
28 and 2:13-cv-01082-MCE-CMK.

1 | IT IS FURTHER ORDERED that the Clerk of the Court make
2 | appropriate adjustment in the assignment of civil cases to
3 | compensate for this reassignment.
4 | IT IS SO ORDERED.
5 | Date: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT