HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
SUSAN S. JOO (SBN 260369)
sjoo@hunton.com
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
LOWE'S HIW, INC.

LAW OFFICES OF ANTHONY J. POIDMORE
ANTHONY J. POIDMORE (SBN 51346)
anthony@poidmorelaw.com
1520 Eureka Road, Suite 101
Roseville, California 95661
Telephone: (916) 787-1290
Facsimile: (916) 787-1293

Attorneys for Plaintiff
SHARON HAYNES

LAW OFFICE OF STEVEN D. FULTON
STEVEN D. FULTON
sdfulton2000@yahoo.com
1368 Orput Lane
Paradise, California 95969
Telephone: (530) 591-2703

Attorneys for Defendant
ROYCE MCGRAW

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGSWORTH<br><br>          Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., AND ROYCE MCGRAW,<br><br>          Defendants. | CASE NO.:  2:12-CV-01579-MCE-CMK<br><br>**ORDER RE: AGREED MOTION TO EXTEND DISCOVERY DEADLINE FOR SPECIFIED LIMITED DISCOVERY AND SCHEDULE SECOND SETTLEMENT CONFERENCE** |

1

On August 23, 2013, Defendant Lowe's HIW, Inc. filed, on behalf of all parties to this action, an agreed motion to extend the discovery deadline for specified limited discovery and to schedule the second settlement conference.

Pursuant to stipulation by the parties (ECF No. 21) and good cause appearing the discovery deadline is extended until and including November 30, 2013 to complete the additional discovery specified in the parties' agreed motion after the second settlement conference.

The settlement conference is set before Judge Morrison C. England, Jr. on Friday, December 6, 2013, at 10:00 a.m. in Courtroom 7.

Counsel is instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. Not later than (14 DAYS PRIOR TO CONFERENCE DATE), counsel for each party shall submit to the chambers of Chief Judge England a Confidential Settlement Conference Statement. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted.

**IT IS SO ORDERED.**

**Dated: September 23, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105