# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGDWORTH<br>　　　　　　　　　Plaintiff (s),<br>V.<br>LOWE'S HIW, INC., ROYCE MCGRAW<br>　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:12-CV-01579-MCE-CMK |

Notice is hereby given that, subject to approval by the court, __ROYCE MCGRAW__ substitutes
(Party (s) Name)

__STEVEN D. FULTON__, State Bar No. __206287__ as counsel of record in place
(Name of New Attorney)

place of __ROYCE MCGRAW - Pro Se__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name: Law Office of Steven D. Fulton
　　Address: 1368 Orput Ln. Paradise, Ca. 95969
　　Telephone: (530) 591-2703　　　　Facsimile (530) 895-8885
　　E-Mail (Optional): Sdfulton2000@yahoo.com

I consent to the above substitution.　　　　　ROYCE MCGRAW

Date: 11-16-2013　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.

Date:
　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11-16-2013　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: December 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**I, Steven D. Fulton, am the retained counsel for Royce McGraw.   I have retained a true and correct copy of the signed original of the he attached PROPOSED CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY.**

**I, declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2013.**

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　**Steven D. Fulton, Attorney for Defendant Royce McGraw**