UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGSWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HIW, INC., ET AL.,<br><br>    Defendant. | No. 2:12-cv-01579-MCE-CMK<br><br>**ORDER CONTINUING TRIAL** |

    YOU ARE HEREBY NOTIFIED the jury trial is vacated and continued to **October 20, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **August 21, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 1, 2014 Final Pretrial Conference is vacated and continued to **September 4, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **August 14, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

///

///

1

Any evidentiary or procedural motions are to be filed by **August 14, 2014**. Oppositions must be filed by **August 21, 2014** and any reply must be filed by **August 28, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

DATED: February 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT