# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HOLLINGSWORTH<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., AND ROYCE MCGRAW<br><br>　　　　　Defendants. | CASE NO.: 2:12-CV-01579-MCE-CMK<br><br>**Hon. Morrison England**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL AND DISMISSING ACTION WITH PREJUDICE** |

On April 30, 2014, Defendant Lowe's HIW, Inc. filed, on behalf of all parties to this action, a joint stipulation requesting dismissal of action with prejudice. See ECF No. 45.

Pursuant to stipulation by the parties, the parties' joint stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, with each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071